AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations                    (6351)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA
V.
**PHILLIP WAYNE MCDANIEL, JR.**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)

CASE NUMBER: **1:02-CR-00072-001**
USM NUMBER: **07117-043**

**THE DEFENDANT:**

 Robert F. Clark, Esquire
**Defendant's Attorney**

(X)  admitted guilt to violation of supervision conditions: Mandatory condition, 7 & special condition as set out in petition dated 3/1/2010.

( )  was found in violation of supervision condition(s): _____

| Violation Number | Nature of Violation | Date violation Occurred |
|---|---|---|
| Mandatory Condition | New Offense | 02/13/2010 |
| 7 | Technical | |
| Special Condition | Technical | |

**The defendant is sentenced as provided in pages 2 through  2  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

( )  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Social Security No.:** 3949

**Defendant's Date of Birth:**  1973

**Defendant's Residence Address:**
Bay Minette, AL
____

**Defendant's Mailing Address:**
____
____

March 23, 2010
Date of Imposition of Judgment

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

March 25, 2010
Date

Judgment  2

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant:  **PHILLIP WAYNE MCDANIEL, JR.**
Case Number:  **1:02-CR-00072-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  <u>TWELVE (12) MONTHS</u>  .

(X)  The court makes the following recommendations to the Bureau of Prisons: that the defendant be imprisoned at an institution where he can receive the maximum amount of substance abuse treatment available to him.

(X)  The defendant is remanded to the custody of the United States Marshal.

( )  The defendant shall surrender to the United States Marshal for this district:

( )  at ___ .m. on ___.

( )  as notified by the United States Marshal.

( )  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

( )  before 2 p.m. on _____.

( )  as notified by the United States Marshal.

( )  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

<u>    UNITED STATES MARSHAL    </u>

By:_____

Deputy U.S. Marshal